| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Salinas, Catherine M. | 2. Court or Organization United States District Court, Northern District of Georgia | 3. Date of Report 05/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full Time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

1807 United States Courthouse
75 Ted Turner Drive
Atlanta, Ga. 30303-3309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank Accounts (various accounts) | A | Interest | J | T | | | | | |
| 2. USAA Money Market Fund (USAXX) | D | Int./Div. | J | T | | | | | |
| 3. Mass Mutual Whole Life | B | Int./Div. | K | T | | | | | |
| 4. USAA 529 #1 (H) | | | | | | | | | |
| 5. Age Based Option 18+: In College Portfolio | A | Dividend | K | T | Sold (part) | 01/27/17 | J | | |
| 6. USAA 529 #2 (H) | | | | | | | | | |
| 7. Age Based Option 14-15: Conservative Protfolio | B | Dividend | | | Sold | 12/15/17 | K | | |
| 8. Age Based Option 16-17: Very Conservative Portfolio | C | Dividend | K | T | Buy | 12/15/17 | K | | |
| 9. USAA 529 #3 (H) | | | | | | | | | |
| 10. Age Based Option 9-11: Moderate Portfolio | C | Dividend | | | Sold | 09/06/17 | K | | |
| 11. Age Based Option 12-13 Moderately Conservative Portfolio | C | Dividend | K | T | Buy | 09/06/17 | K | | |
| 12. IRA #1 (H) | | | | | | | | | |
| 13. Oppenheimer International Diversified A (OIDAX) | A | Dividend | J | T | | | | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. USAA Cornerstone Equity FD Retail (UCEQX) | A | Dividend | J | T | | | | | |
| 16. IRA #3 (H) | | | | | | | | | |
| 17. Charles Schwab Money Market Fund (sweep/cash) | A | Interest | | | Closed | 07/10/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baird Core Plus BD INV (BCOSX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 19. Metropolitan West Total Return Bond M (MWTRX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 20. Western Asset Core BD FD I (WATFX) | A | Dividend | | | Sold | 07/17/17 | J | | |
| 21. American Century INFL ADJ BD INV (ACITX) | A | Dividend | | | Sold | 07/17/17 | J | | |
| 22. AMG Managers Skyline Special Equities FD (SKSEX) | A | Dividend | | | Sold | 04/06/17 | J | A | |
| 23. Ardeen US SM Cap Eqty FD Inst Cl (GSCIX) | | None | | | Sold | 07/10/17 | J | A | |
| 24. Artisan INTL Value Fund (ARTKX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 25. Cohen & Steers Real Estate Secs I (CSDIX) | | None | | | Buy | 04/04/17 | J | | |
| 26. | | | | | Sold | 07/10/17 | J | A | |
| 27. Cohen & Steers Realty Shares (CSRSX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 28. Credit Suisse Commodity Return Strat Inst (CRSSZ) | | None | | | Sold | 07/10/17 | J | | |
| 29. Delaware Emerging Markets (DEMAX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 30. Delaware Small Cap Value A (DEVLX) | A | Dividend | | | Buy | 04/06/17 | J | | |
| 31. | | | | | Sold | 07/10/17 | J | A | |
| 32. Delaware Value Cl A (DDVAX) (X) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 33. Deutsche Enhanced Cmdy Strat Inst (SKIRX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 34. Eagle Small Cap Growth FD CL A (HRSCX) | A | Dividend | | | Sold | 07/10/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Glenmede Large Cap Growth (GTLLX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 36. JHancock Diciplined Value Mid Cap A (JVMAX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 37. Lazard Intl Equity (LZIOX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 38. Northern Small Cap Value Fund (NOSGX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 39. Oakmark Fund (OAKMX) | A | Dividend | | | Sold | 07/10/17 | J | B | |
| 40. Oakmark Intl Small Cap Fund (OAKEX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 41. Oppenheimer Intl Small Mid Company A (OSMAX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 42. Parnassus Core Eqty Fd Inv (PRBLX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 43. Principal Midcap Cl A (PEMGX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 44. Prudential Total Return BD Z (PDBZX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 45. TempletonForeign Fund CL A (TFF1Z) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 46. TIAA Cref Intl Equity Retail (TIERX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 47. Virtus Emerging Markets Oppty (HEMZX) | A | Dividend | | | Sold | 07/10/17 | J | A | |
| 48. IRA #4 (H) | | | | | | | | | |
| 49. SCHWAB BANK SAVINGS SWEEP (CASH) | A | Interest | J | T | Open | 07/10/17 | M | | |
| 50. CHARLES SCHWAB US REIT EFT (SCHH) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 51. ISHARES GOLD EFT (IAU) | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES HIGH YIELD CORPORATION BOND ETF (SHYG) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 53. SCHWAB EMERGING MARKETS EQUITY ETF (SCHE) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 54. SCHWAB FUNDAMENTAL EMG MKTS LARGE COM ETF (FNDE) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 55. SCHWAB FUNDAMENTAL INL LARGE COM ETF (FNDF) | | None | J | T | Buy | 07/17/17 | J | | |
| 56. SCHWAB FUNDAMENTAL INTL US SMALL COM ETF (FNDC) | | None | J | T | Buy | 07/17/17 | J | | |
| 57. SCHWAB FUNDAMENTAL US LARGE CO ETF (FNDX) | A | Dividend | K | T | Buy | 07/17/17 | J | | |
| 58. SCHWAB FUNDAMENTAL US SMALL CO ETF (FNDA) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 59. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | | None | J | T | Buy | 07/17/17 | J | | |
| 60. SCHWAB INTERNATNAL SMALL CAP EQY ETF (SCHC) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 61. SCHWAB US LARGE CAP ETF (SCHX) | A | Dividend | K | T | Buy | 07/17/17 | J | | |
| 62. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 63. VANECK VECTORS JP MORGAN EMERGING MKTS LOC: EMCC | A | Int./Div. | J | T | Buy | 07/17/17 | J | | |
| 64. VANGUARD GLOBAL EX US REAL EST ETF IV: VNQI | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Salinas, Catherine M. | 05/03/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine M. Salinas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544